The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAVITT & BRUCE LLP, a Washington limited liability partnership,<br><br>Plaintiff,<br><br>v.<br><br>CONTEMPORARY SERVICES CORPORATION, a California corporation,<br><br>Defendant. | NO. C09-01023 RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S MALPRACTICE COUNTERCLAIM**<br><br>NOTE ON MOTION CALENDAR: February 16, 2012 |

This matter came before the Court on Plaintiff's Motion for Summary Judgment on Defendant's Malpractice Counterclaim. The Court has reviewed Plaintiff's motion, and hereby GRANTS the motion. CSC's counterclaim for breach of duty related to SBW's advice and conduct in connection with CSC's litigation against Grant Haskell, as set forth in paragraphs 3.2-3.6, 4.1-4.2, and 5.1-5.2 of CSC's Amended Answer, Affirmative Defenses, and Counterclaims, is hereby dismissed with prejudice.

DATED this 9th day of March, 2012.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S MALPRACTICE COUNTERCLAIM - 1
No. C09-01023 RSL

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500