UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAVITT & BRUCE LLP,

          Plaintiff,

     v.

CONTEMPORARY SERVICES
CORPORATION,

          Defendant.

No. C09-1023RSL

ORDER GRANTING IN PART
PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT ON
AMOUNTS PREVIOUSLY PAID

     This matter comes before the Court on "Plaintiff's Motion for Summary Judgment on Amounts Previously Paid by Defendant." Dkt. # 81. Although the title of the motion, the title of the two proposed orders, and all four sections of the legal argument refer only to the entry of judgment regarding fees already paid by defendant, plaintiff includes in its motion a one-paragraph request for entry of judgment as to all unpaid fees as well. Dkt. # 81 at 13. On the day its opposition was due, defendant notified plaintiff that it conceded the validity of plaintiff's argument regarding amounts already paid and declined to file an opposition memorandum. Dkt. # 87 at ¶ 5. Plaintiff then filed a reply highlighting its request for all fees, both paid and unpaid. Dkt. # 86.[1]

---

[1] Because this matter can be decided on the papers submitted, plaintiff's request for oral argument is DENIED.

1  A careful reading of plaintiff's motion would have shown that plaintiff was requesting various alternate levels of relief, including entry of final judgment on all disputed amounts. The motion was presented, however, as a request for judgment regarding amounts previously paid, and the bulk of the motion addresses that particular request for relief. Plaintiff does not mention that it is seeking judgment on all disputed fees in its concluding paragraph, instead stating that "only the remaining $28,123.65 in unpaid fees and costs questioned in the Maue Report will remain at issue for further proceedings." Dkt. # 81 at 22. The Court is reluctant to enter judgment based on an argument that was buried in the center of a twenty-two page memorandum and of which defendant was unaware until the reply memorandum was filed.

For all of the foregoing reasons, plaintiff's primary request for relief for judgment on amounts previously paid is GRANTED in part. Defendant accepted plaintiff's performance under their fee agreement and paid all but the last three invoices with full knowledge of the work plaintiff performed and the amount charged for that work. It may not revisit those payment decisions in this litigation, regardless of whether defendant's expert believes the amounts already paid were questionable or not. The only amounts at issue in this litigation are stated in the three unpaid invoices, totaling $180,609.24. While it appears that only $28,123.65 of that total is actually in dispute, the Court declines to enter judgment on unpaid amounts in the context of a motion seeking summary judgment on amounts previously paid.

Dated this 19th day of March, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT ON
AMOUNTS PREVIOUSLY PAID                    -2-