1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAVITT & BRUCE LLP,

                        Plaintiff,

            v.

CONTEMPORARY SERVICES
CORPORATION,

                        Defendant.

No. C09-1023RSL

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL

        This matter comes before the Court on "Plaintiff's Renewed Motion to Compel."

Dkt. # 91.  The motion is unopposed and defendant has acknowledged that supplemental

responses are needed.  Decl. of Duncan E. Manville (Dkt. # 93) at ¶ 8.  Plaintiff's motion is

therefore GRANTED.  Defendant is directed to provide complete responses to plaintiff's First

Discovery Requests, as set forth in plaintiff's motion, within fourteen days of the date of this

Order. Plaintiff shall, within seven days of the date of this Order, submit evidence regarding

the reasonable fees and costs incurred in making this motion.

        Dated this 19th day of March, 2012.

                                    _MM S Lasnik_
                                    Robert S. Lasnik
                                    United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL